UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit organization, PAUL WATSON, MARNIE GAEDE, BEN ZUCKERMAN, LANI BLAZIER, PETER RIEMAN, ROBERT WINTNER, BOB TALBOT, and SUSAN HARTLAND,<br><br>Defendants. | NO. C13-1017 RSM<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING PENDING MOTIONS AND COUNTERCLAIMS** |

Based on the parties' stipulation and joint request, the Court hereby orders that:

1. Defendants' Second Rule 56(d) Motion to Continue Great American's Motion for Summary Judgment (Dkt. #75) is STRICKEN.

2. Great American Insurance Company's Motion to Bifurcate and Stay Claims (Dkt. #72) is STRICKEN.

3. Defendants' counterclaims for: (i) breach of contract; (ii) violation of WAC 284-30-330 and Washington's Consumer Protection Act, RCW 19.86, et seq.; (iii) insurance bad faith; and (iv) violation of the Washington Insurance Fair Conduct Act, are hereby DISMISSED without prejudice.

4. Great American Insurance Company's Motion For Summary Judgment (Dkt. #10) is RE-NOTED to December 27, 2013. Defendants shall file their response to the

ORDER GRANTING STIPULATED MOTION REGARDING PENDING MOTIONS AND COUNTERCLAIMS - 1
(C13-1017 RSM)
4396990.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1 | motion on or before Monday, December 16, 2013, and plaintiff shall file its reply
2 | on or before Friday, December 27, 2013.
3
4 | DATED this 5th day of December 2013.
5
6
7 | _____
8 | RICARDO S. MARTINEZ
| UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING STIPULATED MOTION REGARDING PENDING
MOTIONS AND COUNTERCLAIMS - 2
(C13-1017 RSM)
4396990.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600